**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**THOMAS OVERBAUGH,**

                **Petitioner,**

        v.                              **1:06-CV-69**
                                                  **(GLS)**

**UNITED STATES,**

                **Respondent.**

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PETITIONER:**

Green, Hershdorfer Law Firm       THOMAS J. MURPHY, ESQ.
One Lincoln Center
Suite 330
Syracuse, New York 13202-1309

**FOR THE RESPONDENT:**

HON. GLENN T. SUDDABY        RICHARD S. HARTUNIAN
United States Attorney             Assistant U.S. Attorney
445 Broadway
218 James T. Foley U.S. Courthouse
Albany, New York 12207-2924

**Gary L. Sharpe**
**U.S. District Judge**

## Decision and Order

On January 18, 2006, Thomas Overbaugh filed a petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2255. On June 24, 2008, Overbaugh, through his counsel, sought withdrawal of his petition. The Government has taken no position. Accordingly, the request to withdraw his petition is granted.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Overbaugh's petition is dismissed; and it is further

**ORDERED** that the Clerk provide copies of this Decision and Order to the parties.

**IT IS SO ORDERED.**

Albany, New York
Dated: August 14, 2008

*Gary L. Sharpe*
U.S. District Judge